IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| THE BANK OF NASHVILLE, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-cv-775 |
| ) | |
| MOHAMMAD SARMADI, a/k/a ) | |
| MARK SARMADI, BRENTWOOD ) | Judge Trauger |
| AUTO SALES, INC., BRENTWOOD ) | Magistrate Judge Knowles |
| IMPORT AUTO CARE, INC., ) | |
| DEBORAH T. NAVE, ANDREW ) | |
| BROWN CRUTCHER, and PEGGY ) | |
| CAMPBELL, d/b/a PEGGY'S AUTO ) | |
| SALES, ) | |
| ) | |
|    Defendants. ) | |

**AGREED JUDGMENT**

As evidenced by the signatures below of Defendant Andrew Brown Crutcher ("Crutcher") and counsel for Plaintiff The Bank of Nashville ("TBON"), TBON and Crutcher have entered into an agreement whereby TBON shall be awarded a judgment against Crutcher in the amount of $981,661.70. Under these circumstances, it is hereby ORDERED, ADJUDGED and DECREED that a judgment shall be entered pursuant to Fed. R. Civ. P. 58 in favor of TBON and against Crutcher in the amount of $981,661.70. This judgment shall be deemed a final judgment pursuant to Fed. R. Civ. P. 54(b), there being no just reason for delay. It is so ORDERED.

_____
ALETA A. TRAUGER
U. S. District Judge