IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE BANK OF NASHVILLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0775 |
| | ) | Judge Trauger |
| MOHAMMAD SARMADI, a/k/a Mark Sarmadi, | ) | Magistrate Judge Knowles |
| BRENTWOOD AUTO SALES, INC., | ) | |
| BRENTWOOD IMPORT AUTO CARE, INC., | ) | |
| DEBORAH T. NAVE, ANDREW BROWN | ) | |
| CRUTCHER, and PEGGY CAMPBELL, | ) | |
| d/b/a Peggy's Auto Sales, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 9, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that the Expedited Motion for Show Cause and For Sanctions Against Defendant Andrew Brown Crutcher filed by defendants Sarmadi, Brentwood Import Auto Care, Inc. and Deborah T. Nave (Docket No. 44) be denied. No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defense Expedited Motion for Show Cause and for Sanctions against Defendant Andrew Brown Crutcher (Docket No. 44) is **DENIED**.

It is so **ORDERED.**

ENTER this 26th day of January 2007.

_____
ALETA A. TRAUGER
U.S. District Judge