IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE BANK OF NASHVILLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOHAMMAD SARMADI, a/k/a Mark Sarmadi, )<br>*et al.*, )<br>)<br>Defendants. ) | Civil No. 3:06-0775<br>Judge Trauger<br>Magistrate Judge Bryant |

**O R D E R**

On August 11, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 216), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion For Default Judgment against Andrew Crutcher filed by the BAS parties (Docket No. 202) is **GRANTED**, and the BAS parties are awarded judgment on their crossclaim against Mr. Crutcher in the total amount of $592,412.86.

It is so **ORDERED.**

Enter this 31st day of August 2009.

ALETA A. TRAUGER
U.S. District Judge