IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE BANK OF NASHVILLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0775 |
| | ) | Judge Trauger |
| MOHAMMAD SARMADI, a/k/a Mark Sarmadi, | ) | Magistrate Judge Bryant |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On August 18, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 221), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Default Judgment as to Andrew Brown Crutcher filed by defendant/cross-plaintiff Peggy Campbell (Docket No. 195) is **GRANTED**, and judgment is hereby entered against Mr. Crutcher in favor of Ms. Campbell in the amount of $761,270.93.

It is so **ORDERED.**

Enter this 2nd day of September 2009.

_____
ALETA A. TRAUGER
U.S. District Judge